1
 Unite for Colorado, Petitioner v. Colorado Department of State; Jena Griswold, in her official capacity as the Colorado Secretary of State; and Christopher P. Beall, in his official capacity as Colorado Deputy Secretary of State. Respondents No. 24SC281
Supreme Court of Colorado, En Banc
November 25, 2024
 
           Court
 of Appeals Case No. 23CA989
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the court of appeals erred in interpreting the Colorado
 Constitution's "major purpose" standard, Colo.
 Const. art. XXVIII, § 2(10)(a)(I), which qualifies an
 organization as an "issue committee" subject to
 registration, reporting, and disclosures, by adopting a
 multifactor test that permits a major purpose finding when an
 organization spends 10% or less of its total outlays
 supporting or opposing a particular ballot measure.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.